# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SEVEN ARTS PICTURES
LOUISIANA, L.L.C.

NO.  2019 CW 0999

VERSUS

LOUISIANA DEPARTMENT OF
ECONOMIC DEVELOPMENT, OFFICE
OF ENTERTAINMENT INDUSTRY
DEVELOPMENT AND STEPHEN
MORET, IN HIS CAPACITY AS
SECRETARY

**FEBRUARY 18, 2020**

---

In Re:    Seven Arts Pictures Louisiana, L.L.C., applying for
          rehearing, 19th Judicial District Court, Parish of
          East Baton Rouge, No. 624211.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**APPLICATION FOR REHEARING DENIED.**

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.